O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | SA 09-509M |
| ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| ) | (18 U.S.C. § 3142(i)) |
| ARMANDO ALCARAS MARTINEZ, ) | |
| ) | |
| Defendant. ) | |

I.

A.  ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

        (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. (X) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

1  II.

2  The Court finds no condition or combination of conditions will reasonable assure:

3  A. ( X )   appearance of defendant as required; and/or

4  B. ( ) safety of any person or the community;

5  III.

6  The Court has considered:

7  A. ( x ) the nature and circumstances of the offense;

8  B. ( x ) the weight of evidence against the defendant;

9  C. ( x ) the history and characteristics of the defendant;

10  D. ( ) the nature and seriousness of the danger to any person or to the community.

11  IV.

12  The Court concludes:

13  A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15  B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

16  **Defendant is undocumented.  He has no ties to the community and no bail**

17  **resources.**

18

19  C. ( ) A serious risk exists that defendant will:

20       1. ( )   obstruct or attempt to obstruct justice;

21       2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23  D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24       provided in 18 U.S.C. § 3142 (e).

25  ///

26  ///

27  ///

28  ///

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5 consultation with his counsel.

8  Dated: December 2, 2009

    Marc L. Goldman
    U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                           - 3 -                                Page 3 of 3